UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-472-F

| | |
|---|---|
| BRENDA JOYCE HARRISON, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHARMACIA & UPJOHN COMPANY, f/k/a )<br>The Upjohn Company of Delaware, f/k/a )<br>The Upjohn Company; PFIZER, INC., f/k/a Chas. )<br>Pfizer & Co., Inc.; WYETH, d/b/a WYETH, INC.; )<br>WYETH PHARMACEUTICALS, INC., )<br>Defendants. ) | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 2nd day of November, 2010.

JAMES C. FOX
Senior United States District Judge