IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRENDA JOYCE HARRISON                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 5:10CV00472-D

PHARMACIA & UPJOHN COMPANY,
WYETH, WYETH PHARMACEUTICALS
AND PFIZER INC.                                          DEFENDANTS

## ORDER GRANTING MOTION FOR ADMITTANCE PRO HAC VICE

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Rebecca Lee Wiggs,

is hereby admitted to this Court, *pro hac vice*, and that Rebecca Lee Wiggs, Nicholas J. Voelker

and the law firm of Bradley Arant Boult Cummings, LLC be noted as counsel of record for

Defendants Pharmacia & Upjohn Company, Wyeth, Wyeth Pharmaceuticals and Pfizer Inc.

Dated: ___12/13/10___

_____
United States District Court Judge